STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDITH M. RUSSELL, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted November 12, 1975—Decided November 24, 1975.

Before Judges MATTHEWS, LORA and MORGAN.

*Mr. Donald L. Garber,* attorney for appellant.

*Mr. Joseph C. Woodcock, Jr.,* Bergen County Prosecutor, attorney for respondent (*Mr. Robert A. Bresin,* Assistant Prosecutor, on the brief).

PER CURIAM. We affirm substantially for the reasons expressed in the opinion of Judge Pressler for the Bergen County Court which is reported at 135 *N. J. Super.* 154 (Law Div. 1975). See also, *State v. Bucich,* 134 *N. J. Super.* 111 (App. Div. 1975), certif. den. 68 *N. J.* 280 (1975).